Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIREZA NASSER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KIKA SCOTT, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-02081-TL<br><br>[Proposed] ORDER GRANTING REQUEST TO FILE UPDATED 02-14-2025 EXHIBIT A CHART H |

Upon consideration of Plaintiff's [No Position by Defendants] Request to Update Exhibit, and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's [No Position by Defendants] Request to Update Exhibit A Chart H is GRANTED.

2. Plaintiff is permitted to file the updated February 14, 2025, Exhibit A Chart H to replace the Exhibit A Chart H filed on January 23, 2025, with the Amended Complaint (Dkt. 11).

It is so **ORDERED**.

Dated this 21st day of February 2025.

　　　　　　　　　　　　　　　　　　　　_（signature）_
　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order Granting Request to File 02/14/2025 Updated Exhibit A Chart H
(No. 2:22-cv-02081-TL)

- 1 -

1  Presented by:

2  *s/Bart Klein*
   Bart Klein, WSBA 10909
3  Law Offices of Bart Klein
   Suite 500, 605 First Avenue
4  Seattle WA 98104
   (206) 755-5651 cell
5  (206) 624-3787 office
   (206) 238-9975 fax
6  bart.klein@bartklein.com
   *Counsel for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[P~~ROPOSED~~] ORDER GRANTING                - 2 -
REQUEST TO FILE 02/14/2025
UPDATED EXHIBIT A CHART H
(No. 2:22-cv-02081-TL)