District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALIREZA NASSER,

                              Plaintiff,

        v.

KIKA SCOTT, *et al.*,[1]

                              Defendants.

Case No. 2:24-cv-02081-TL

STIPULATED MOTION TO DISMISS
AND [PROPOSED] ORDER

Noted for Consideration:
February 27, 2025

        Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs and fees.  Plaintiff brought this litigation pursuant to the Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an N-400 application interview.  USCIS has scheduled the interview, and this case is now moot, in that interview means a completed interview.

---

[1] Pursuant to Federal Rule Civil Procedure 25(d), Defendants substitute Kika Scott, Senior Official Performing the Duties of the USCIS Director, for Ur M. Jaddou.

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-02081-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1       DATED this 27th day of February, 2025.

2   Respectfully submitted,

3   TEAL LUTHY MILLER                         LAW OFFICES OF BART KLEIN
    Acting United States Attorney

4
    *s/ Michelle R. Lambert*                  *s/ Bart Klein*
5   MICHELLE R. LAMBERT, NYS #4666657         BART KLEIN, WSBA #10909
    Assistant United States Attorney          Law Offices of Bart Klein
6   United States Attorney's Office           605 First Avenue South, Suite 500
    Western District of Washington            Seattle, WA 98104
7   1201 Pacific Avenue, Suite 700            Phone: (206) 624-3787
    Tacoma, Washington 98402                  Email: bart.klein@bartklein.com
8   Phone: (206) 553-7970                     *Attorney For Plaintiff*
    Fax:    (206) 553-4067
9   Email:  michelle.lambert@usdoj.gov

10  *Attorneys for Defendants*

11  *I certify that this memorandum contains 72
    words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

1                        **[PROPOSED]** **ORDER**

2            The case is dismissed without prejudice with each party to bear their own costs and fees.

3    It is so **ORDERED.**

4

5            DATED this 27th day of February, 2025.

6

7                                        _____
                                         Tana Lin
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS                          UNITED STATES ATTORNEY
[Case No. 2:24-cv-02081-TL] - 3                       1201 PACIFIC AVE., STE. 700
                                                      TACOMA, WA 98402
                                                      (253) 428-3800